No. 3223.—THE STATE v. WILLIAM WELSH and HENRY FAGAN.

In a criminal case no appeal lies, except where the accused has been sentenced with the punishment of death or imprisonment at hard labor, or condemned to pay a fine of three hundred dollars. Constitution, art. 74. Therefore an appeal will not lie, on behalf of the State, from an order of the court granting a new trial and continuing the case.

APPEAL from the Ninth District Court, parish of Natchitoches. *Osborn*, J. *N. A. Robertson*, District Attorney, for the State. *Pierson & Levy*, for defendants and appellees.

HOWE, J. The defendants were indicted for murder and found guilty of manslaughter. A motion for a new trial was made on their behalf and was granted. From the order granting the new trial and continuing the case the State has appealed to this court. The appeal must be dismissed. Under the constitution of 1868, no appeal lies to this court in criminal cases, except when a sentence of a certain severity has been actually imposed. Art. 74.

Appeal dismissed